## The Commonwealth *against* EMERY.

*Philadelphia,
Tuesday,
January 9.*

IN this case *C. J. Ingersoll* for the plaintiff, moved for a rule upon the defendant to plead *instanter* to a general assignment of errors.

*Scire facias ad audiendum errores* not in use. The plaintiff in error proceeds by a rule on the defendant to plead.

*Condy*, as *amicus curiæ*, suggested that as the defendant had not appeared, a *scire facias ad audiendum errores* was the proper course; and if the defendant did not then come in and plead, the plaintiff would be at liberty to go on *ex parte*.

*Ingersoll* answered that the rule to plead took the place of a *scire facias*, which was not known in our practice.

PER CURIAM. The *scire facias* is not in use. Take your rule to plead to-morrow morning at 10 o'clock, and serve it upon the defendant.